No. 02–5282. RAFAEL PARDO *v.* UNITED STATES; RAMIREZ-IZAGUIRRE *v.* UNITED STATES; and ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 387 (first judgment), 388 (third judgment), and 389 (second judgment).

No. 02–5283. DIGGS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5284. COLON-RIVERA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5285. CICCHINELLI *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5286. CHATFIELD *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 02–5287. ELLSWORTH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5288. HOWARD *v.* HOLT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–5289. GREEN *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 02–5290. FOSTER *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5291. HUGHES *v.* TRUE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–5292. GARCIA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5293. REYES-OLIVEROS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5294. SARMIENTO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5295. STUBBS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.